[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 10, 2007
THOMAS K. KAHN
CLERK

No. 07-11759
Non-Argument Calendar

_____

D. C. Docket No. 06-00113-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS G. PATTERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(October 10, 2007)**

Before BIRCH, DUBINA and MARCUS, Circuit Judges.

PER CURIAM:

AFPD Gwendolyn Spivey, appointed counsel for Curtis G. Patterson in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Patterson's convictions and sentences are **AFFIRMED**.